UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.: 21CR0204-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
| RAMON FABIAN MORALES JR., JONATHAN REYES, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing currently set for April 2, 2021 at 1:30 p.m., be continued to May 7, 2021 at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date by April 9, 2021.

It is further ordered that the time between April 2, 2021 and May 7, 2021, is excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated: March 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge